■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GROSS, Appellant.—Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on June 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ In the Matter of EDMUND KIDELL, Respondent, v THERESA M. KIDELL, Appellant.—Upon the stipulation of the parties hereto dated October 30, 1986, the appeal from the order of the Family Court of the State of New York, New York County (Leah Marks, J.), entered on June 20, 1986, is withdrawn, without costs and without disbursements, and with prejudice. No opinion. Concur—Kupferman, J. P., Ross, Asch and Kassal, JJ.

■ In the Matter of the Arbitration between JAN T. VILCEK, Respondent, and ENZO BIOCHEM, INC., Appellant.—Order, Supreme Court, New York County (Ira Gammerman, J.), entered on April 23, 1986, and order of said court entered on July 3, 1986, unanimously affirmed for the reasons stated by Gammerman, J. Claimant-respondent shall recover of appellant one bill of $50 costs and disbursements of these appeals. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD RIVERA, Appellant.—Judgment, Supreme Court, Bronx County (C. Beauchamp Ciparick, J.), rendered on November 30, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELISEO RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County (C. Beauchamp Ciparick, J.), rendered on June 23, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v*